IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02356-AP

**Michele Wheat,**

      Plaintiff,

      v.

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Jay Barnes (UT 9874)
Law Office of Jay Barnes
Attorney for Plaintiff
PO Box 2455
Orem, UT 84059-2455
Telephone: (801) 788-4942
Facsimile: (801) 854-7064
jay.barnes@jaybarneslaw.com

For Defendant:

DAVID M. GAOUETTE
United States Attorney

Kevin Thomas Traskos
Deputy Chief, Civil Division
Kevin.Traskos@usdoj.gov

Allan Berger
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, CO 80294
Telephone: (303) 844-2149
Fax: (303) 844-0770
allan.berger@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed: 10/2/09.
    B.    Date Complaint Was Served on U.S. Attorney's Office: 10/13/09.
    C.    Date Answer and Administrative Record Were Filed: 12/14/09.

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

### 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** See paragraph four above. Plaintiff intends to submit a copy of the Notice of Decision on Plaintiff's second claim showing that she was awarded disability by an ALJ beginning on 3/7/2008, which was the day after the denial at issue in this case.

**Defendant states:** None anticipated.

### 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:** This case involves no unusual claims
**Defendant states:** This case does not involve unusual claims or defenses.

### 7. OTHER MATTERS

**Plaintiff states:** The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

**Defendant states**: To the best of his knowledge, there are no other matters.

### 8. PROPOSED BRIEFING SCHEDULE

    A.    Plaintiff's Opening Brief Due: 1/29/2010
    B.    Defendant's Response Brief Due: 3/5/2010
    C.    Plaintiff's Reply Brief Due: 3/19/2010

## 9. STATEMENTS REGARDING ORAL ARGUMENT

     A.    **Plaintiff's Statement:** Oral Argument is not requested.
     B.    **Defendant's Statement:** Oral Argument is not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

     A.    ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
     B.    (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

     DATED January 4, 2010.

                                        **s/John L. Kane**
                                        SENIOR U.S. DISTRICT JUDGE

     APPROVED:

| | |
|---|---|
| /s/ Jay Barns         :<br>Jay Barnes (UT 9874)<br>Law Office of Jay Barnes<br>Attorney for Plaintiff<br>PO Box 2455<br>Orem, UT 84059-2455<br>Telephone: (801) 788-4942<br>Facsimile: (801) 854-7064<br>jay.barnes@jaybarneslaw.com | DAVID M. GAOUETTE<br>United States Attorney<br><br>Kevin Thomas Traskos<br>Deputy Chief, Civil Division<br>kevin.traskos@usdoj.gov<br><br>s/ Allan Berger<br>Allan Berger<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>allan.berger@ssa.gov<br><br>Attorneys for Defendant |