IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-2356-AP**

**MICHELLE WHEAT,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

Upon consideration of Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #18), filed May 30, 2010, is **GRANTED**. It is

**ORDERED** that Plaintiff is awarded EAJA attorney in the amount of **$4899.73**, to be made payable to Jay K. Barnes, and mailed to Jay K. Barnes, counsel of record.

Dated at Denver, Colorado, this 3th day of June, 2010.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT